NUMBER 13-05-113-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
FORD MOTOR COMPANY,                                                 Appellant,

v.

FELIPE GARCIA, JR.,                                                          Appellee.
____________________________________________________________________

On appeal from the 332nd District Court
of Hidalgo County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, FORD MOTOR COMPANY, perfected an appeal from a judgment
entered by the 332nd District Court of Hidalgo County, Texas, in cause number C-1350-01-F. After the record was filed, appellant filed an unopposed motion to dismiss
the appeal. In the motion, appellant states that the parties have reached a satisfactory
agreement to settle and compromise their differences, and the issues in the appeal
have been resolved. Appellant requests that this Court dismiss the appeal and that
costs of appeal be taxed against appellant.
         The Court, having considered the documents on file and appellant’s unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. 
Appellant’s unopposed motion to dismiss is granted, and the appeal is hereby
DISMISSED. 
                                                                                 PER CURIAM
Memorandum Opinion delivered and filed 
this the 19th day of May, 2005.